JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COMMUNITIES AGAINST TOXICS, an unincorporated non-profit association,<br><br>Plaintiff,<br><br>vs.<br><br>ARMORCAST PRODUCTS COMPANY, INC., a corporation; ARI ALEONG, an individual,<br><br>Defendants. | Case No. 2:14-cv-05728-PA-FFM<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

## ORDER

Good cause appearing, and the parties having stipulated and agreed,

    IT IS HEREBY ORDERED that Plaintiff California Communities Against Toxics' claims against Defendants Armorcast Products Company, Inc. and Ari Aleong, as set forth in the Second Amended Complaint filed in Case No. 2:14-cv-5728-PA-FFM, are hereby dismissed with prejudice.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  <u>December 17</u>, 2015

                                                                           _____
Percy Anderson
United States District Judge